| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Farren Dakin Dairy, Inc.** <br> Name | EIN  **65–0996759** |
| United States Bankruptcy Court **Middle District of Florida** <br> Case number:  **8:19–bk–11141–CPM** | | Date case filed for chapter  **12    11/22/19** |

Official Form 309H (For Corporations or Partnerships)

# Notice of Chapter 12 Bankruptcy Case                                12/17

**For the debtor listed above, a case has been filed under chapter 12 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor, the debtor's property, or certain codebtors. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 12 plan may result in the discharge of debt. Creditors who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Farren Dakin Dairy, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 7 <br> Myakka City, FL 34251–0007 | |
| 4. | **Debtor's attorney** <br> Name and address | Joseph B Battaglia <br> Dye, Harrison, Kirkland, Petruff, Pratt <br> 1206 Manatee Ave W <br> Bradenton, FL 34205 | Contact phone 941–746–1167 <br><br> Email: jbb@dyeharrison.com |
| 5. | **Bankruptcy Clerk's Office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov | Sam M. Gibbons United States Courthouse <br> 801 North Florida Avenue, Suite 555 <br> Tampa, FL 33602 | Hours open: <br> Monday – Friday 8:30 AM – 4:00PM <br><br> Contact phone 813–301–5162 <br><br> Date: November 27, 2019 |
| 6. | **Bankruptcy Trustee** <br> Name and address | Jon Waage <br> P O Box 25001 <br> Bradenton, FL 34206–5001 | Contact phone 941–747–4644 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309H (For Corporations or Partnerships)        **Notice of Chapter 12 Bankruptcy Case**                page 1

Debtor **Farren Dakin Dairy, Inc.**                                                                     Case number **8:19–bk–11141–CPM**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **December 30, 2019 at 11:30 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.** *** | Location:<br><br>**Room 100–B, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **Deadline for filing the complaint:**<br><br>**2/28/20** |
| **9. Filing of plan** | The debtor(s) plan and notice of confirmation hearing will be sent separately. | |
| **10. Deadlines** | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: January 31, 2020** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from the date of filing** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.<br>For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Filing a chapter 12 bankruptcy case** | Chapter 12 allows family farmers and family fishermen to reorganize according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan. You may object to confirmation of the plan and attend the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business. | |
| **13. Discharge of debts** | Confirmation of a chapter 12 plan may result in a discharge of debts, which may include all or part of your debt. Unless the court orders otherwise, the discharge will not be effective until all payments under the plan are made. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan.<br><br>If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| **14. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |

Official Form 309H (For Corporations or Partnerships)          **Notice of Chapter 12 Bankruptcy Case**          page 2